**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-14210C** |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a Plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the Plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the Border Patrol Agents who join this lawsuit as Plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Travis J. Dickey

Address: 208 Old Wallum Lake Road

City: Pascoag, State: RI, Zip code: 02859

Email address: TravJD@juno.com

Phone: (401) 439-5015

Signature: [signature] Date: 6-4-2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 31, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-14210C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a Plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the Plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the Border Patrol Agents who join this lawsuit as Plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: PAUL G. KNOWLES

Address: 5149 S. CALLE ALAMO

City: SIERRA VISTA, State: AZ., Zip code: 85650

Email address: ANGELINAKNOWLES@YAHOO.COM

Phone: (520) 249-0359

Signature: [signature] Date: 6/5/2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 31, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-14210C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a Plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the Plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the Border Patrol Agents who join this lawsuit as Plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Victor Williams

Address: 306 S Casas Lindas

City: Willcox, State: AZ, Zip code: 85643

Email address: Sixtop@outgun.Com

Phone: 520 384 2723

Signature: V. Williams Date: 6/3/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 31, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-14210C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a Plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the Plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the Border Patrol Agents who join this lawsuit as Plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: ERIC M. SARRAILLON

Address: 1242 W. PINKLEY AVE

City: COOLIDGE, State: AZ., Zip code: 85228

Email address: esarraillon@cableaz.com

Phone: (480) 704-4386

Signature: Eric M S Date: 5-5-2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 31, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.