**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-14210C**<br><br>**(Judge Firestone)** |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation: Jose Alvarado and Oscar Peru.

Respectfully submitted,

DATED: June 9, 2006

Michael P. Baranic, Esq.
GATTEY BARANIC LLP
2445 Fifth Avenue, Suite 350
San Diego, CA 92101-1677
(619) 232.8142 – Telephone
(619) 234-4553 – Facsimile

Counsel to Plaintiff(s)