# CONSENT OF INDIVIDUAL EMPLOYEE TO BECOME A PARTY PLAINTIFF AND SUE UNDER THE FAIR LABOR STANDARDS ACT (F.L.S.A.),

I hereby consent to be a party plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime, liquidated damages, attorneys fees, costs and other relief arising out of my employment with the U.S. Department of Homeland Security, (formerly known as the U.S. Immigration and Naturalization Service) the United States of America and any other associated parties. This consent is intended to fulfill the requirement under 29 U.S.C. § 216 (b), for an individual employee to become a party plaintiff.

I authorize Michael P. Baranic, Esq., and/or any attorneys from the law offices of Gattey Baranic LLP, as well as any successors or assigns, to represent me in such action.

DATED: 2-2-06

Jose Alvarado
(Signature)

# CONSENT OF INDIVIDUAL EMPLOYEE TO BECOME A PARTY PLAINTIFF AND SUE UNDER THE FAIR LABOR STANDARDS ACT (F.L.S.A.).

I hereby consent to be a party plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime, liquidated damages, attorneys fees, costs and other relief arising out of my employment with the U.S. Department of Homeland Security, (formerly known as the U.S. Immigration and Naturalization Service) the United States of America and any other associated parties. This consent is intended to fulfill the requirement under 29 U.S.C. § 216 (b), for an individual employee to become a party plaintiff.

I authorize Michael P. Baranic, Esq., and/or any attorneys from the law offices of Gattey Baranic LLP, as well as any successors or assigns, to represent me in such action.

DATED: 02/07/2006

Oscar Peru
(Signature)