# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) | **No. 05-14210C** <br> **(Judge Firestone)** |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Charles Edward Taylor, Guadalupe Siddiqui, Lance David Dehler, Ruben Devereaux, William L. Miller and Alejandro Ramirez.

Dated: June 22, 2006

Respectfully Submitted,

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiffs