# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: June 28, 2006)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

Following the status conference held on June 27, 2006, the court orders as follows:

(1) The proposed second notices – one for potential plaintiffs who have received payments and another for the potential plaintiffs who will receive payments – are approved with the revisions discussed during the status conference. The government shall mail the notices to the appropriate potential plaintiffs by **July 12, 2006.**

(2) The deadline for potential plaintiffs to opt-in shall be 60 days from the date of the second notices.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge