# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**THOMAS C. PORTA, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendants.**

**No. 05-14210C**
**(Judge Firestone)**

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Alice L. Wadley

Dated: August 30, 2006

Respectfully Submitted

___________/s/_____________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)