**CEIN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-14210C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Edward M. Stolte, Alberto Montelongo and Angelica Parra

Dated: September 12, 2006

Respectfully Submitted

___________/s/___________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)