# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: September 28, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **THOMAS C. PORTA, et al.,** | * |
| | * |
| **and** | * |
| | * |
| **ANDREW D. BARTH, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

On August 21, 2006 plaintiff erroneously filed a notice containing the consent to sue by Esther A. Cousin, listed as document 31 on the docket sheet. The Clerk of the Court is directed to **STRIKE** document 31 from the official docket sheet.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge