# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: November 8, 2006)**

* * * * * * * * * * * * * * * * *
*
**THOMAS C. PORTA, et al.,** *
*
**and** *
*
**ANDREW D. BARTH, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed November 7, 2006, in which the parties request additional time to resolve discovery disputes and complete discovery on liability. The parties' request to extend the deadline to complete discovery on liability is **GRANTED**. Accordingly, liability discovery shall close on **Friday, December 1, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge