# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: November 28, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **THOMAS C. PORTA, et al.,** | * |
| | * |
| **and** | * |
| | * |
| **ANDREW D. BARTH, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's unopposed motion, filed November 27, 2006, for a 45-day enlargement of time for the parties to complete fact discovery on the issue of liability is **GRANTED**. Accordingly, fact discovery on liability will close on **Monday, January 15, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge