# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: January 19, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **THOMAS C. PORTA, et al.,** | * |
| | * |
| **and** | * |
| | * |
| **ANDREW D. BARTH, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiffs' unopposed motion, filed January 17, 2007, to adopt the parties' joint stipulated protective order is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge