Estimate for 6th Day Training Payroll Cost

| Trainee Categories | Average GS Level of Trainee[1] | 6th Day Per Hour Rate[2] | 6th Day Training Hours | Average 6th Day Cost | Average Training Weeks[3] | FY 2002 Trainees | FY 2002 6th Day Estimate | FY 2003 Trainees | FY 2003 6th Day Estimate |
|---|---|---|---|---|---|---|---|---|---|
| IOBTC - Inspections, DOs, SAs, IAs | 5 - 7 | 19.47 | 8 | 155.76 | 15.0 | 1,207 | $2,820,035 | 2,241 | $5,235,872 |
| IDEOB - Detention Enforcement Ofcrs | 4 - 5 | 16.59 | 8 | 132.72 | 8.0 | 258 | $273,934 | 241 | $255,884 |
| AAOBTC - Adjudications/Asylum | 5 - 7 | 19.47 | 8 | 155.76 | 5.0 | 541 | $421,331 | 191 | $148,751 |
| AOBTC - Asylum | 9 | 22.36 | 8 | 178.88 | 4.5 | 62 | $49,908 | 55 | $44,273 |
| IIABTC - Applications Adjudications | 5 - 7 | 19.47 | 8 | 155.76 | 3.0 | 131 | $61,214 | 24 | $11,215 |
| OTP - Inspections | 5 - 7 | 19.47 | 8 | 155.76 | 5.5 | 91 | $77,958 | 96 | $82,241 |
| IIOs - Immigration Information Ofcrs | 5 | 18.75 | 8 | 150.00 | 4.0 | 334 | $200,400 | 94 | $56,400 |
| Total Costs | | | | | | | $3,904,779 | | $5,834,636 |

rate.

2. The 6th day per hour rate is a calculation from the FY2002/03 mod cost tables using the average from "1" above at time and a half.
3. I used the average of 15 training

MOR-188