**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **No. 05-14210C** |
| **ANDREW D. BARTH, ET AL.,** | ) | **(Judge Firestone)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | | |
| **Defendant.** | | |

**DECLARATION OF MICHAEL J.D. SWEENEY, ESQ.**

I, Michael J.D. Sweeney, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am an attorney admitted to practice before this Court. I am associated with the Getman Law Office, 9 Paradies Lane, New Paltz, N.Y. 12561, attorneys for the Plaintiffs in this case. I make this declaration to introduce certain documents and facts in support of the Plaintiffs' Motion to Compel Production of Information.
2. Attached as Exhibit A is a true and correct copy of a September 18, 2006 Letter from Michael J.D. Sweeney to Jeffrey Pease.
3. Attached as Exhibit B is a true and correct copy of relevant portions of the 30(b)(6) Deposition of Defendant by Wayne A. Coleman.
4. Attached as Exhibit C is a true and correct copy of Plaintiffs' Deposition Exhibit 11.
5. Attached as Exhibit D is a true and correct copy of the document produced by Defendant and bates stamped MOR 188.
6. Attached as Exhibit E is a true and correct copy of a December 15, 2006 Letter from Michael

J.D. Sweeney to Jeffrey Pease.

7. Attached as Exhibit F is a true and correct copy of letters of December 21, 2006 and January 12, 2007 from Jeffrey Pease to Michael J.D. Sweeney.

8. Attached as Exhibit G is a true and correct copy of a January 9, 2007 e-mail from Michael J.D. Sweeney to Jeffrey Pease.

9. Attached as Exhibit H is a true and correct copy of a January 16, 2007 letter from Jeffrey Pease to Michael J.D. Sweeney.

10. Attached as Exhibit I is a true and correct copy of Plaintiff's First Request for Production of Documents to Defendant.

Dated: January 24, 2007

Respectfully submitted,

/s

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649