IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THOMAS C. PORTA, et al., | |
| and | |
| ANDREW D. BARTH, et al., | No. 05-14210C & No. 05-759C |
| Plaintiffs, | CONSOLIDATED |
| v. | (Judge Firestone) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 45 days in this case, to and including March 29, 2007, within which to respond to plaintiffs' motion to compel. Pursuant to the Court's order on January 31, 2007, our response is due on February 12, 2007.[1] Because of the nature of this motion, defendant's counsel was not able to contact plaintiffs' counsel to determine whether plaintiffs would oppose this motion for an enlargement of time.

Fact discovery limited to the issue of liability closed in this case on January 15, 2007. On Friday, January 26, 2007, almost two weeks after the close of discovery, plaintiffs filed a motion to compel in this case. On Tuesday, January 29, 2007, the Court held a previously-scheduled telephone status conference. Defendant's counsel indicated during the status conference that

[1] Defendant is simultaneously filing a similar motion in the related case of Moreno v. United States, No. 05-142C (Fed. Cl.).

the impending birth of his second son might interfere with his timely completion of defendant’s response to plaintiffs’ motion to compel. Although defendant’s counsel has worked diligently to complete all of his assignments prior to his wife beginning labor, he will be unable to file defendant’s response prior to taking paternity leave, which started today, upon his wife beginning labor.[2]

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

[2] However, pursuant to the Court’s order on January 31, 2007, defendant’s counsel has attached to this motion citations to relevant cases regarding the issue of willfulness.

s/ Jeffrey S. Pease by
s/ Mark T. Pittman
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

February 6, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of February 2007, a copy of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Mark T. Pittman