**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **No. 05-14210C** |
| **ANDREW D. BARTH, et al.,** | ) | **(Judge Firestone)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

For the reasons expressed in the Plaintiffs' Response to the Defendant's identical Motion for an Enlargement of Time in the related case of *Moreno, et al. v. U.S.*, No. 05-142C (Judge Firestone), the Plaintiffs do not oppose the Defendant's motion for enlargement of time to respond to the Plaintiffs' motion to compel. We respectfully request that the Court schedule a conference to address the discovery and willfulness issues as soon after April 12, 2007.

Dated: New Paltz, New York
February 9, 2007

Respectfully submitted,

/s/

Michael J.D. Sweeney
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370

Counsel to Plaintiffs