# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: February 9, 2007)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,** *
**and** *
**ANDREW D. BARTH, et al.,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed February 6, 2007, for a 45-day enlargement of time within which to respond to plaintiffs' motion to compel is **GRANTED**. Accordingly, defendant shall

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge