# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: April 30, 2007)**

* * * * * * * * * * * * * * * * *
*
**THOMAS C. PORTA, et al.,** *
*
**and** *
*
**ANDREW D. BARTH, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Thursday, May 3, 2007 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (845) 255-9370; counsel for defendant at (202) 353-0503. The parties shall be prepared to discuss the pending discovery dispute. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge