# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: June 8, 2007)**

* * * * * * * * * * * * * * * * *

**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The defendant's supplemental motion, filed June 4, 2007, to its motion for an enlargement of time within which to respond to discovery is **GRANTED**. Accordingly, the government shall have until **Monday, June 18, 2007** to inform the court of how much additional time defendant needs to respond to plaintiffs' discovery request.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge