**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ANDREW D. BARTH, et al.,** | ) | **No. 05-14210C** |
| | ) | |
| **Plaintiffs,** | ) | **(Judge Firestone)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION TO STAY BRIEFING SCHEDULE**

On May 4, 2007, the Court set deadlines for the Defendant to produce discovery by June 4, 2007, and for the Plaintiffs' to file their motion for partial summary judgment on June 18, 2007. (Docket # 58). Since the Court's Order, the Defendant has sought an enlargement of time to produce discovery. (Docket # 59 and 61). The Defendant has not been able to provide a date certain upon which it will produce the discovery. Accordingly, the Plaintiffs, with the Defendant's consent, respectfully request that the Court stay the partial summary judgment briefing schedule until such time as the Defendant can provide a date certain on which it will fulfill its discovery obligations. At that time, the Plaintiffs will move the Court for a revised briefing schedule.

Dated: June 18, 2007

/s

Michael J.D. Sweeney
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
facsimile (845) 255-8649