# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: June 22, 2007)**

* * * * * * * * * * * * * * * * *

**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of defendant's unopposed second supplemental motion, filed June 18, 2007, to its motion for an enlargement of time within which to respond to discovery and plaintiffs' unopposed motion, filed June 18, 2007, to stay partial summary briefing until a discovery deadline is set.

(1) Defendant's supplemental motion to its motion for an enlargement of time within which to respond to discovery is **GRANTED**. The government shall have until **Monday, July 2, 2007** to inform the court of how much additional time defendant needs to respond to plaintiffs' discovery request.

(2) Plaintiffs' unopposed motion to stay partial summary judgment briefing is **GRANTED**. Briefing on partial summary judgment is **STAYED**. The court will establish a revised briefing schedule once the discovery deadline is set.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge