# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: July 3, 2007)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of defendant's unopposed third supplemental motion, filed July 2, 2007, requesting a 37-day enlargement of time within which to respond to discovery. Defendant indicates that they have determined and informed plaintiffs that they we will be able to produce the and respond to the pending discovery requests by August 8, 2007. Defendant's request is **GRANTED**. Accordingly, defendant shall have until **August 8, 2007** to respond to the discovery.

The parties shall file a joint status report by **Wednesday, August 15, 2007** proposing a briefing schedule.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge