JUL 2 0 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS C. PORTA, individually and on behalf of others similarly situated, )
Plaintiff, )
v. ) No. 05-14210C
THE UNITED STATES, ) (Judge Firestone)
Defendant. )

## CONSENT TO SUE

I hereby consent to be a Plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the Plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the Border Patrol Agents who join this lawsuit as Plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: WILLIAM J. GRIFFITH

Address: 10041 GALVESTON

City: EL PASO, State: TEXAS, Zip code: 79924

Email address: WNLELF99@YAHOO.COM

Phone: 915-757-3522 (H) 915-526-0251 (C)

Signature: [signature] Date: JULY 16, 2007

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 31, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.