# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-14210C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

## Certificate of Service

I hereby certify that on July 20, 2007, I electronically filed the Notice of Filing of Consent to Sue of Wililam J. Griffith with the Clerk of the District Court of Federal Claims using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Maame A.F. Ewuis-Mensah @ Maame.Ewusi-Mensah@usgoj.gov

2. Michael Phillip Baranci @ mbaranic@gattey.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

Dated: New Paltz, New York
July 20, 2007

Respectfully submitted,

/s/ Anibal R. Garcia

Anibal R. Garcia, Paralegal

Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649
Agarcia@getmanlaw.com