IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C |
| | ) | & No. 05-759C |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 7, 2007, Order, the plaintiffs and defendant, the United States, respectfully submit the following joint status report:

a. Discovery

Discovery will close August 22, 2007. The United States has agreed to provide the remaining items requested by the plaintiffs to plaintiffs' counsel on August 22, 2007.

b. Amendment of Complaint

The plaintiffs intend to amend their Complaint to include the allegations supporting equitable tolling and breach of contract. Pursuant to RCFC 15(a), the plaintiffs asked the United States to consent in writing to the amendment. The United States intends to oppose the plaintiffs' attempt to amend their complaint. Therefore, the plaintiffs intend to move the Court

for permission to amend under RCFC 15(a). The parties have agreed to the following briefing schedule:

Plaintiffs' motion by August 28, 2007;

Defendant's opposition by September 18, 2007; and

Plaintiffs' reply by September 25, 2007.

c. Summary Judgment Briefing

The plaintiffs intend to move for summary judgment on the issue of the United States' liability to pay liquidated damages under the Fair Labor Standards Act. The United States intends to oppose this motion and file a cross motion for summary judgment. The parties have agreed to the following briefing schedule:

Plaintiffs' motion by October 5, 2007;

Defendant's opposition and cross-motion by November 30, 2007;

Plaintiffs' reply in support of its motion and opposition to Defendant's cross-motion by December 28, 2007; and

Defendant's reply in support of its cross-motion by January 18, 2008.

The plaintiffs agreed to a longer briefing schedule than provided by the RCFC to accommodate defense counsel's schedule, namely counsel's representation of the United States in an international arbitration proceeding before the London Court of International Arbitration, United States v. Canada, No. 7941. In return, the plaintiffs asked that the United States agree that any requests for extension to these deadlines be made two weeks before the deadline. The United States believes that such an additional requirement is unnecessary and unwarranted given the requirements for enlargements of time already set forth in RCFC 6.1. Accordingly, the

plaintiffs ask the Court to order that any requests for extension to these deadlines be made in advance of the deadline, as the Court did in its May 4, 2007 Order regarding discovery (Docket #58).

d. Settlement

The parties have made some progress regarding settlement in this case and are continuing their negotiations.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

August 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah