# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: August 24, 2007)**

* * * * * * * * * * * * * * * * *
*
**THOMAS C. PORTA, et al.,** *
*
**and** *
*
**ANDREW D. BARTH, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed on August 22, 2007, proposing a briefing schedules for (1) the plaintiffs' motion to amend their complaint pursuant to RCFC 15(a), and (2) for summary judgment briefing on the issue of the United States' liability for liquidated damages. The court adopts the briefing schedules proposed by the parties. Accordingly, the briefing schedules are as follows:

(1) Plaintiffs' Motion to Amend Their Complaint

| | |
|---|---|
| August 28, 2007 | Plaintiffs file motion. |
| September 18, 2007 | Government files opposition. |
| September 25, 2007 | Plaintiffs files reply. |

(2) Cross-Motions for Summary Judgment on the Issue of Liability

| | |
|---|---|
| October 25, 2007 | Plaintiffs file motion. |
| November 30, 2007 | Government files opposition and cross-motion. |
| December 28, 2007 | Plaintiffs file reply in support of their motion and opposition to Government's cross-motion. |
| January 18, 2008 | Government files reply in support of its cross-motion. |

Any request for an extension to these deadlines shall be filed at least seven days before the deadline.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge