# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: August 27, 2007)**

* * * * * * * * * * * * * * * * *
*
**THOMAS C. PORTA, et al.,** *
*
**and** *
*
**ANDREW D. BARTH, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court **AMENDS** its August 24, 2007 Scheduling Order as follows:

(1) Plaintiff's motion for cross-motion for summary judgment on the issue of liability is due on **Friday, October 5, 2007**.

(2) All other deadlines remain the same.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge