# EXHIBIT 1

**Date:** 5/6/2003 2:13 PM
**Sender:** DHS Broadcast
**To:**

Redacted - Privacy Act

**Priority:** Normal
**Subject:** 6th Day of Training
Forwarded on behalf of: The Human Resources Management

****************************************************************

Recently, we have had many inquiries from employees regarding the payment of premium pay for a 6th day of training in a 6-day training week while at FLETC. These inquiries have been prompted by a memorandum from the Forest Service, a bureau of the Department of Agriculture.

Current regulations, see 5 CFR 551.423(a)(3) and 5 CFR 410.402(a), generally prohibit paying premium pay to those taking training, especially those attending basic training. The Forest Service memo reports that the U.S. Office of Personnel Management (OPM), the personnel policy maker for the Federal government, had changed its interpretations of these regulations.

To date, however, we have had no official guidance from the OPM or Department of Homeland Security (DHS) about this issue. We have been in contact with DHS who has contacted OPM asking for guidance. Until such guidance is received, we have no legal authority to pay any additional premium pay for those who attended a 6th day of training in a 6-day training week. We have a complete listing of all employees who attended basic training since FLETC went to a 6-day training week. If guidance is received from OPM directing payment, we will work to identify funds, and undertake prompt and complete payment as required.

PLAINTIFF'S EXHIBIT
tabbies
11