# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: October 9, 2007)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion for a stay of the summary judgment briefing schedule in the above-captioned cases so that they may engage in settlement activities is **GRANTED**. Accordingly, the case is **STAYED** until **November 13, 2007**, on which date either 1) the plaintiffs shall submit their summary judgment brief, or 2) the parties shall submit a joint status report outlining their progress toward settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge