IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C |
| | ) | & No. 05-759C |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANT'S STATUS REPORT OUT OF TIME IN LIEU OF
JOINT STATUS REPORT AND DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of October 9, 2007, the United States moves for leave to file this status report out of time outlining the parties' progress toward settlement. The Government seeks leave to file this status report out of time in lieu of a joint status report because the parties have been unable to submit this status report jointly. Counsel for the plaintiffs has been required to be out of the office for substantial periods of time on other matters beginning Tuesday, November 13, 2007 and largely unavailable to confer regarding the content of the joint status report. Although in the Court's order of October 9, 2007, the Court ordered the parties to submit a joint status report, because of the continued unavailability of counsel for the plaintiffs, the Government thought it best to file this status report rather than continue to delay the filing of a joint status report. Counsel for the Government was unable to reach counsel for the plaintiffs to determine whether the plaintiffs would oppose this motion.

When the parties filed their joint motion to stay on October 5, 2007, the plaintiffs had submitted an offer to settle their claims, and counsel for the Government had reviewed the offer

and was preparing a recommendation to those within the United States Department of Justice with settlement authority. Before Government counsel submitted her recommendation, certain issues arose regarding the details of plaintiffs' offer. Government counsel is conferring with counsel for the plaintiffs regarding these issues. As soon as these issues are resolved, Government counsel will submit her recommendation to those within the Department of Justice who possess settlement authority. Accordingly, the Government requests that the Court continue stay the summary judgment deadline pending determination of whether the Government will accept or reject the plaintiffs' settlement offer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.

MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

November 15, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of November 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT OUT OF TIME IN LIEU OF JOINT STATUS REPORT AND DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah