IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C |
| | ) | & No. 05-759C |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT ON SETTLEMENT

Pursuant to the Court's order of October 9, 2007, the plaintiffs and the United States jointly submit this status report outlining our progress toward settlement. The parties were unable to confer and submit this status report November 13, 2007 because counsel for the plaintiffs has been required to be out of the office on other matters.

When the parties filed their joint motion to stay on October 5, 2007, the plaintiffs had submitted an offer to settle their claims, and counsel for the Government had reviewed the offer and was preparing a recommendation to those within the United States Department of Justice with settlement authority. Before Government counsel submitted her recommendation, certain issues arose regarding the details of plaintiffs' offer. Government counsel is conferring with counsel for the plaintiffs regarding these issues. As soon as these issues are resolved, Government counsel will submit her recommendation to those within the Department of Justice who possess settlement authority. Accordingly, the parties request that the Court continue to stay

the summary judgment deadline pending determination of whether the Government will accept

or reject the plaintiffs' settlement offer.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.

MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

November 16, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November 2007, a copy of the foregoing "JOINT STATUS REPORT ON SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah