# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: November 20, 2007)**

* * * * * * * * * * * * * * * * *

**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of defendant's motion for leave to file out of time defendant's status report in lieu of a joint status report and defendant's status report. Defendant's motion is **GRANTED**. In addition, defendant's request to stay summary judgment briefing in the above-captioned cases so that they may continue settlement activities is **GRANTED**. Accordingly, the case remains **STAYED** until **December 13, 2007**, on which date either (1) the plaintiffs shall submit their summary judgment brief, or (2) the parties shall submit a joint status report outlining their progress toward settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge