IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| and | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C<br>& No. 05-759C |
| Plaintiffs, | ) | CONSOLIDATED |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT ON SETTLEMENT

Pursuant to the Court's order of November 20, 2007, the plaintiffs and the United States jointly submit this status report outlining our progress toward settlement.

Government counsel has been conferring with counsel for the plaintiffs regarding certain details of plaintiffs' initial offer and regarding details of a proposed revised offer. The parties continue to confer regarding these issues. As soon as these issues are resolved, Government counsel will submit her recommendation to those within the Department of Justice who possess settlement authority. Accordingly, the parties request that the Court continue to stay the summary judgment deadline pending determination of whether the Government will accept or reject the plaintiffs' settlement offer.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

Attorneys for Defendant

December 13, 2007

CERTIFICATE OF FILING

I hereby certify that on this 13th day of December 2007, a copy of the foregoing "JOINT STATUS REPORT ON SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah