# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: December 14, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **THOMAS C. PORTA, et al.,** | * |
| | * |
| **and** | * |
| | * |
| **ANDREW D. BARTH, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the parties' joint status report, filed by defendant on December 13, 2007, in which the parties request to stay summary judgment briefing in the above-captioned cases so that they may continue settlement activities. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** until **January 14, 2008**, on which date either (1) the plaintiffs shall submit their summary judgment brief, or (2) the parties shall submit a joint status report outlining their progress toward settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge