**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THOMAS C. PORTA, et al.,**<br>**and**<br>**ANDREW D. BARTH, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **No. 05-1420C & No. 05-759C**<br>**CONSOLIDATED**<br>**(Judge Firestone)** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE ISSUES OF LIABILITY AND DAMAGES**

PLEASE TAKE NOTICE, that upon the accompanying Plaintiffs' Proposed Findings of Uncontroverted Facts, the declarations of Plaintiffs Griffith and Turko, the declaration of Michael J.D. Sweeney and the attached exhibits, the Memorandum in Support of the Motion, and upon the briefing schedule set by the Court, the Plaintiffs hereby move this Court for an Order granting them summary judgment

1. Declaring that the Government violated the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*;
2. Declaring that Plaintiffs are entitled to liquidated damages pursuant to 29 U.S.C. §216(b);
3. Declaring that the Government's violation of the Fair Labor Standards Act support a three-year statute of limitations under 29 U.S.C. §255;
4. Declaring that Plaintiffs' claims are timely;
5. Declaring that Plaintiffs are entitled to damages in the amount of $269,159.52;
6. Awarding Plaintiffs reasonable attorneys fees and costs; and
7. Awarding such further relief as the Court deems just.

Dated: February 8, 2008

Respectfully submitted,

/s/Michael J. D. Sweeney

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Michael P. Baranic
Gattey Baranic LLP

2445 Fifth Avenue, Suite 350
San Diego, CA 92101