**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,**<br>**and**<br>**ANDREW D. BARTH, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 05-1420C & No. 05-759C**<br>**CONSOLIDATED**<br>**(Judge Firestone)** |

DECLARATION

I. Joseph Turko, declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility (FLETC) in Glynco, Georgia.
2. I trained at the FLETC from February 5, 2004 to May 21, 2004.
3. The defendant required me to train 6 days a week, including Saturdays.
4. The 6th day of work resulted in me working more than 40 hours in those weeks.
5. At the time of the training, I was not paid for working on the 6th day of the week.
6. I have never received any payment for the sixth day of training.
7. I did not know that I was entitled to overtime for the sixth day of work.
8. While I trained at the FLETC I did not see a sign posted informing me of my rights under the Fair Labor Standards Act.
9. The defendant did not tell me that I was entitled to overtime pay for the sixth day of training.

10. I believed that I was not entitled to overtime pay.

11. I did not receive notice of this case in the mail, either from the defendant or the court.

12. I first heard about this case when I spoke with a friend in or around March 2007. Prior to that I had not heard about the case.

13. I promptly called a law office in Tucson, Arizona and I was referred to the Getman Law Office. I contacted the Getman Law Office and I filed a Consent to Sue on March 25, 2007.

14. Prior to training at the FLECT I provided the defendant with my social security number.

15. If I had received notice of the lawsuit I would have joined the lawsuit promptly.

16. I left the defendant's employment in or about July 2004.

Dated: February __, 2008

Respectfully submitted.

Joseph Turko