**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,** | ) | |
| **and** | ) | |
| **ANDREW D. BARTH, et al.,** | ) | **No. 05-1420C & No. 05-759C** |
| **Plaintiffs,** | ) | **CONSOLIDATED** |
| | ) | **(Judge Firestone)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

DECLARATION

I, William Griffith, declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. I am currently employed with the Federal Government. I am a Customs Officer with the U.S. Customs and Border Protection in El Paso, Texas.
2. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility (FLETC) in Glynco, Georgia.
3. I trained at the FLETC from February 5, 2004 to May 21, 2004.
4. The defendant required me to train 6 days a week, including Saturdays.
5. The 6th day of work resulted in me working more than 40 hours in those weeks.
6. At the time of the training, I was not paid for working on the 6th day of the week.
7. I have never received any payment for the 6th day of training.
8. While I trained at the FLETC I did not see a sign posted informing me of my rights under the Fair Labor Standards Act.

9. The defendant told me that I was not entitled to overtime pay for the 6th day of training at the FLETC.

10. I believed the defendant's representation that I was not entitled to overtime pay and therefore I did not bring a legal action against the defendant.

11. I did not receive notice of this case in the mail, either from the defendant or the court.

12. I first learned of the case when I spoke with a classmate who is a plaintiff in this action.

13. Within a week of that conversation I called the Getman Law Office and filed a Consent to Sue.

14. If I had received notice either in the mail or from a classmate then I would have joined the lawsuit promptly.

15. Prior to training at the FLETC I provided the defendant with my social security number.

16. Currently, I live at 10041 Galveston, El Paso, Texas 79924.

17. I lived at this addressed while I was training at the FLETC.

18. I left the defendant's employment in September 2004. I returned to the defendant's employment on or about April 30, 2007. During this time period I maintained my address at 10041 Galveston, El Paso, Texas 79924.

Dated: February 7, 2008

Respectfully submitted,

William Griffith