# EXHIBIT 6

# U.S. Border Patrol Academy

## Session Roster

USBPI-574/USBPI-402 01/08/2004 to 04/24/2004
GLN - Glynco, Georgia

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | CR | EPT | LAS | 01/27/2002 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| Dehler, Lance D. | WR | TCA | AJO | 01/04/2004 | |
| Delgado, Alfredo | WR | TCA | AJO | 01/04/2004 | |
| Dickey, Travis J. | WR | TCA | AJO | 01/04/2004 | 04/13/2004 / Resigned / Personal / Wrong Career Choice |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| Estrada, Samuel E. | WR | TCA | AJO | 01/04/2004 | |
| Fernandez, Jorge L. | WR | TCA | AJO | 01/04/2004 | |
| Gay, William A. Jr. | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/05/2004 | 03/15/2004 / [redacted] |
| Hynes, Richard G. Jr. | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 02/04/2004 / [redacted] |
| [redacted] | WR | TCA | NCO | 12/09/2002 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 03/24/2004 [redacted] |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 02/18/2004 [redacted] |
| [redacted] | CR | EPT | EPS | 06/15/2003 | 03/16/2004 / [redacted] |
| Parmelee, Jason M. | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 01/12/2004 [redacted] |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| Robinson, Brian K. | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| Rochin, Carlos I. | WR | TCA | AJO | 01/04/2004 | 01/15/2004 [redacted] |
| Sandez, Daniel | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| Sotelo, Alejandro | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 02/02/2004 [redacted] |
| [redacted] | WR | TCA | AJO | 01/04/2004 | 03/19/2004 / [redacted] |
| Taylor, Charles E. | WR | TCA | AJO | 01/04/2004 | |

1057

| | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | NCO | 07/21/2003 | 04/12/2004 / [redacted] |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |
| [redacted] | WR | TCA | AJO | 01/04/2004 | |

**Current Student Count:**

| | |
|---|---|
| Males: | 24 |
| Females: | 2 |
| Total: | 26 |

**CR Region** [redacted]

Sector EPT:

Station EPS:

Station LAS:

**WR Region**

Sector TCA:

Station AJO:

Station NCO:

# U.S. Border Patrol Academy

## Session Roster

USBPI-578/USBPI-403 02/05/2004 to 05/21/2004

GLN - Glynco, Georgia

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | WR | TCA | DGL | 02/02/2004 | 02/11/2004 / [redacted] |
| Barth, Andy D. | WR | TCA | DGL | 07/21/2003 | |
| [redacted] | WR | TCA | DGL | 02/02/2004 | 03/05/2004 / [redacted] |
| [redacted] | WR | TCA | SON | 02/02/2004 | |
| [redacted] | WR | TCA | SON | 02/02/2004 | |
| Caballero, Richard F. | WR | TCA | DGL | 02/02/2004 | 04/19/2004 / Resigned / Law / Failing / Difficulty in Course |
| Colson, John E. Jr. | WR | TCA | DGL | 02/02/2004 | |
| [redacted] | WR | TCA | SON | 02/02/2004 | 02/27/2004 [redacted] |
| De La Riva, Fernando | WR | TCA | DGL | 02/02/2004 | |
| Fuhrmann, Christopher M. | WR | TCA | DGL | 02/02/2004 | |
| Gotshaw, James J. | WR | SDC | BRF | 06/03/2001 | |
| [redacted] | WR | TCA | DGL | 02/02/2004 | |
| Hallatt, Christopher A. | WR | TCA | CAG | 02/02/2004 | |
| Hamilton, Gary W. | WR | TCA | DGL | 07/21/2003 | |
| Hartman, John T. | WR | TCA | SON | 02/02/2004 | |
| Heltz, Christopher G. | WR | TCA | DGL | 02/02/2004 | |
| [redacted] | WR | TCA | SON | 02/02/2004 | 03/08/2004 / Withdrawn / Medical / Injured - Returned to Sector |
| [redacted] | WR | TCA | CAG | 02/02/2004 | |
| Knowles, Paul G. | WR | TCA | DGL | 02/02/2004 | 03/17/2004 / Continuation of [redacted] - Placed on COP |
| [redacted] | WR | TCA | CAG | 02/02/2004 | 03/17/2004 / [redacted] |
| Lembke, Jennifer L. | WR | TCA | CAG | 07/21/2003 | |
| Marquez, Rudy Jr. | WR | TCA | SON | 02/02/2004 | 02/20/2004 / Resigned / Personal / Family Problems |
| Martinez, Viktor A. | WR | TCA | DGL | 02/02/2004 | |
| McCue, Michael T. Jr. | WR | TCA | DGL | 02/02/2004 | |
| Mejia, Ramiro Jr. | WR | TCA | CAG | 02/02/2004 | |
| [redacted] | WR | TCA | DGL | 02/02/2004 | 02/18/2004 / [redacted] |
| Miller, William L. V | WR | TCA | SON | 02/02/2004 | |
| [redacted] | WR | TCA | DGL | 02/02/2004 | |
| Padilla, Jesus S. | WR | TCA | DGL | 02/02/2004 | |
| [redacted] | WR | TCA | CAG | 02/02/2004 | |
| Porta, Thomas C. | WR | TCA | SON | 02/02/2004 | |
| Purkett, Anthony T. | WR | SDC | BRF | 05/18/2003 | |
| [redacted] | WR | TCA | DGL | 02/02/2004 | |

1059

| | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | WR | TCA | SON | 02/02/2004 | |
| | WR | TCA | CAG | 02/02/2004 | 02/09/2004 / [redacted] |
| | WR | TCA | SON | 02/02/2004 | 04/05/2004 / [redacted] |
| Schroeder, Brent Z. | WR | SDC | IMB | 11/03/2002 | |
| Siddiqui, Guadalupe R. | WR | TCA | CAG | 02/02/2004 | 05/12/2004 / Withdrawn / Administrative / Background / Security Problems |
| Tucciarone, Timothy J. | WR | SDC | ECJ | 09/08/2002 | |
| [redacted] | WR | TCA | CAG | 02/02/2004 | |
| Velarde, Ramon Jr. | WR | TCA | DGL | 02/02/2004 | |
| [redacted] | WR | TCA | SON | 02/02/2004 | 03/10/2004 / [redacted] |
| Vidrio, Octavio C. | WR | TCA | SON | 02/02/2004 | |
| [redacted] | WR | TCA | SON | 02/02/2004 | |
| | WR | TCA | CAG | 02/02/2004 | 05/13/2004 / [redacted] |
| | WR | TCA | SON | 02/02/2004 | 04/08/2004 / [redacted] |

**Current Student Count:**

| | |
|---|---|
| Males: | 28 |
| Females: | 3 |
| Total: | 31 |

**WR Region**

Sector SDC:
Station BRF:
Station ECJ:
Station IMB:
Sector TCA:
Station CAG:
Station DGL:
Station SON:

[redacted]

1060

# U.S. Border Patrol Academy

## Session Roster

USBPI-565/USBPI-401 10/09/2003 to 02/04/2004
GLN - Glynco, Georgia

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | CR | EPT | STN | 10/05/2003 | |
| [redacted] | CR | EPT | STN | 10/05/2003 | |
| [redacted] | CR | EPT | FHT | 10/05/2003 | |
| [redacted] | WR | YUM | YUS | 10/06/2003 | 12/03/2003 / [redacted] |
| [redacted] | CR | MAR | APT | 10/06/2003 | |
| Chang, Brian J. | WR | YUM | WEL | 10/06/2003 | |
| [redacted] | CR | EPT | FHT | 10/05/2003 | 01/07/2004 / [redacted] |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| Devereaux, Ruben J. | CR | EPT | LAS | 10/05/2003 | |
| Dugos, James P. | WR | YUM | WEL | 10/06/2003 | |
| [redacted] | WR | YUM | BLY | 10/06/2003 | |
| [redacted] | WR | YUM | YUS | 10/06/2003 | 12/02/2003 / [redacted] |
| Gibbons, Dana M. | WR | YUM | BLY | 10/06/2003 | 01/02/2004 / Resigned / Spanish / Failing / Difficulty in Course |
| [redacted] | WR | YUM | YUS | 10/06/2003 | 11/15/2003 / [redacted] |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| Kite, Jeremy A. | WR | YUM | WEL | 10/06/2003 | |
| [redacted] | CR | EPT | EPS | 10/05/2003 | 10/20/2003 / [redacted] |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| [redacted] | CR | MAR | PRS | 10/06/2003 | |
| Little, Peter C. | CR | MAR | PRS | 10/06/2003 | |
| [redacted] | CR | EPT | ALA | 10/05/2003 | |
| Lozano, Noe S. | CR | EPT | YST | 10/05/2003 | |
| [redacted] | WR | YUM | YUS | 10/06/2003 | |
| [redacted] | WR | YUM | YUS | 10/06/2003 | 11/08/2003 / [redacted] |
| [redacted] | CR | MAR | SBT | 10/06/2003 | |
| [redacted] | CR | MAR | SBT | 10/06/2003 | 01/07/2004 / [redacted] |
| [redacted] | CR | EPT | EPS | 02/23/2003 | |
| [redacted] | CR | MAR | SBT | 10/06/2003 | 12/16/2003 / [redacted] |
| [redacted] | CR | EPT | ALA | 10/05/2003 | |
| [redacted] | CR | MAR | SBT | 10/06/2003 | 12/23/2003 / [redacted] |
| [redacted] | CR | EPT | FHT | 10/05/2003 | |

1063

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| [redacted] | CR | EPT | EPS | 10/05/2003 | |
| [redacted] | CR | EPT | YST | 10/05/2003 | 01/06/2004 / [redacted] |
| Ramirez, Alejandro | CR | MAR | SBT | 10/06/2003 | |
| [redacted] | CR | EPT | EPS | 10/05/2003 | |
| [redacted] | CR | EPT | STN | 10/05/2003 | |
| Rodriguez, Adalberto | CR | EPT | YST | 10/05/2003 | |
| [redacted] | CR | EPT | LAS | 10/05/2003 | |
| [redacted] | WR | YUM | YUS | 10/06/2003 | |
| [redacted] | CR | MAR | SBT | 10/06/2003 | |
| [redacted] | CR | EPT | LAS | 10/05/2003 | 01/07/2004 / [redacted] |
| [redacted] | CR | EPT | STN | 10/05/2003 | |
| [redacted] | WR | YUM | WEL | 10/06/2003 | 01/05/2004 / [redacted] |
| [redacted] | WR | YUM | YUS | 10/06/2003 | 11/13/2003 / [redacted] |
| [redacted] | CR | MAR | SBT | 10/06/2003 | |
| [redacted] | CR | EPT | STN | 10/05/2003 | |

**Current Student Count:**

| | |
|---|---|
| Males: | 32 |
| Females: | 2 |
| Total: | 34 |

**CR Region**

Sector EPT:

Station ALA:

Station EPS:

Station FHT:

Station LAS:

Station STN:

Station YST:

Sector MAR:

Station APT:

Station PRS:

Station SBT:

**WR Region**

Sector YUM:

[redacted]

1064

Station WEL: [redacted]
Station YUS:



1065

09/02/2005



2:47 PM

# U.S. Border Patrol Academy

## Session Roster

USBPI-557/USBPI-302 07/17/2003 to 11/01/2003

GLN - Glynco, Georgia

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| Alvarado, Jose E. | WR | TCA | AJO | 07/13/2003 | |
| Alvarez, Manuel A. | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | 10/03/2003 / [redacted] |
| [redacted] | WR | TCA | CAG | 07/13/2003 | 08/29/2003 / [redacted] |
| [redacted] | WR | TCA | CAG | 07/13/2003 | 08/14/2003 / [redacted] |
| Bianchi, Josh A. | WR | TCA | AJO | 07/13/2003 | |
| Burruel, Raul J. | WR | TCA | AJO | 07/13/2003 | |
| Castillo, Jose A. Jr. | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | 07/24/2003 / [redacted] |
| Delgadillo, Juan G. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | |
| Gardea-Fernandez, Ernesto A | WR | TCA | AJO | 07/13/2003 | 08/11/2003 / [redacted] |
| Gonzalez, James R. Jr. | WR | TCA | CAG | 07/13/2003 | |
| Grupe, Matthew J. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | |
| Johnson, Todd W. | WR | TCA | AJO | 07/13/2003 | 09/08/2003 / [redacted] |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |
| Laney, William P. | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |
| Maples, Jason R. | WR | TCA | CAG | 07/13/2003 | 07/23/2003 / [redacted] |
| [redacted] | WR | TCA | AJO | 07/13/2003 | |
| Martos, Carlos R. | WR | TCA | CAG | 07/13/2003 | |
| Menchaca, Javier | WR | TCA | CAG | 07/13/2003 | |
| Meranza, Maribel R. | WR | TCA | AJO | 07/13/2003 | |
| Middleton, Tracy K. | WR | TCA | AJO | 07/13/2003 | |
| Miranda, Roberto | WR | TCA | AJO | 07/13/2003 | |
| Nimmo, Michael R. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |
| Olivarez, Julian A. | WR | TCA | CAG | 07/13/2003 | |
| Peru, Oscar O. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |

1061

| Name | Region | Sector | Station | EOD/BPA | Departure |
|---|---|---|---|---|---|
| Potter, Stephen B. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/14/2003 | 09/08/2003 / [redacted] |
| Reed, Brian S. | WR | TCA | AJO | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | 08/27/2003 / [redacted] |
| Rodriguez, Nabor N. III | WR | TCA | CAG | 07/13/2003 | |
| Sarraillon, Eric M. | WR | TCA | CAG | 03/09/2003 | |
| Seigla, Alexander J. | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | CAG | 07/13/2003 | |
| Stover, Beau J. | WR | TCA | CAG | 07/13/2003 | |
| [redacted] | WR | TCA | AJO | 07/13/2003 | 09/16/2003 / [redacted] |
| Williams, Sterling J. | WR | TCA | AJO | 07/13/2003 | 10/14/2003 / Resigned / Spanish / Failing / Difficulty in Course |
| Williams, Victor A. | WR | TCA | CAG | 07/13/2003 | 10/20/2003 / Terminated / Spanish / Failed Course |

**Current Student Count:**

| | |
|---|---|
| Males: | 30 |
| Females: | 3 |
| Total: | 33 |

**WR Region**

Sector TCA: [redacted]

Station AJO: [redacted]

Station CAG: [redacted]

1062