# EXHIBIT 7

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-14210C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, provides the following response to Plaintiff's First Set of Interrogatories to Defendant, served by mail on or about May 15, 2006. The following response is based upon defendant's current knowledge, information and belief after making reasonable inquiry. Defendant expressly reserves the right to modify or supplement its response as it discovers additional information relevant to these interrogatories.

GENERAL OBJECTIONS

Defendant asserts and incorporates by reference the following general objections to plaintiffs' interrogatories as though they were set forth in full in each response to each interrogatory:

1. Defendant objects to each interrogatory to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the attorney work product

DEFENDANT'S RESPONSES AND OBJECTIONS

Interrogatory No. 1: Identify the individuals responsible for determining the Plaintiffs' training schedules at the FLETC.

Response: Defendant objects to this interrogatory to the extent it seeks information that may not be disclosed pursuant to the Privacy Act of 1974, 5 U.S.C. § 552(a). Defendant further objects to this interrogatory on the grounds that the terms "responsible" and "determining" are vague and ambiguous. Without waiving these objections, and subject to the general objections noted above, the Government's response is as follows:

Thomas J. Walters, the Chief Patrol Agent, Border Patrol Academy from April 2000 to May 2005, was the lead Border Patrol official at the Border Patrol Academy, and had oversight responsibility for Border Patrol basic training schedules at Glynco. Chief Walters is now Assistant Commissioner for the Office of Training and Development, U.S. Customs and Border Protection. Chief Walters may be contacted through defendant's counsel. FLETC Training Resources and Coordination Division also shared responsibility for plaintiffs' training schedules at the FLETC.

Interrogatory No. 2: Identify the individuals responsible for administering the Defendant's payroll to Plaintiffs for hours training at the FLETC and for hours working at other locations.

Response: Defendant objects to this interrogatory to the extent

Border Patrol Academy. As a result, the DOJ memorandum was not distributed to, or binding upon CBP, an agency of DHS.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

July 17, 2006

Attorneys for Defendant

CERTIFICATION OF ANSWERS

Pursuant to RCFC 33(b)(2), I certify that the answers to these interrogatories by defendant, the United States, are true and correct to the best of my knowledge.

Thomas J. Walters
Assistant Commissioner
Office of Training and Development
U.S. Customs and Border Protection