# EXHIBIT 8

Exhibit 4



Working To

# QUESTIONS AND ANSWERS ON TIME SPENT IN TRAINING AS HOUR WORK FOR FLSA-COVERED EMPLOYEES

**Q1: Are employees covered by the Fair Labor Standards Act (FLSA) entitled to recei overtime pay for time spent in entry-level training on the sixth day of a 6-day traini course?**

A1: FLSA-covered (nonexempt) employees are entitled to receive overtime pay for time spent in entry-level trai the sixth day of a 6-day training course under the conditions specified below.

Time spent in apprenticeship or other entry-level training **outside regular working hours** is not considere of work, provided no productive work is performed during such periods (see 5 CFR 551.423(a)(3)). However, u 5 CFR 551.423(a)(1), time spent in training **during regular working hours** is considered hours of work. Th regulations at 5 CFR 551.421 clarify that, for purposes of part 551, "regular working hours" means the days and of an employee's regularly scheduled administrative workweek established under 5 CFR part 610. The phrase "regularly scheduled administrative workweek" is defined in 5 CFR 610.102 as the period within an administra workweek within which an employee is regularly scheduled to work. Also, see the definition of "regularly sched work" in 5 CFR 610.102, which hinges on whether the work was scheduled in advance of the administrative wo

When FLSA-covered employees are scheduled in advance of the administrative workweek to attend a 6-day ent training class for a specified number of hours (e.g., 8 hours), those **regularly scheduled training hours** on sixth day are "regular working hours" and are considered hours of work for overtime pay purposes. For exampl FLSA-covered employee who is required to attend a 6-day training session at the Federal Law Enforcement Tr Center (FLETC) is entitled to overtime pay for the sixth day of training, since the employee was scheduled in a of the administrative workweek to attend the FLETC training course. Because the regularly scheduled training on the sixth day are considered to be "regular working hours" (and the training will not occur outside regular w hours), it is irrelevant that the FLETC training is entry-level training and that no productive work is being perf

Agencies are responsible for determining whether an employee is entitled to receive overtime pay for regularly scheduled training hours under the conditions specified above. Agencies may need to recompute an employee' overtime pay entitlement and provide back pay under 5 CFR part 550, subpart H, for overtime hours that occu during regularly scheduled training.

**Q2: May an employee receive compensatory time off in lieu of overtime pay for atte an extended training session or course?**

A2: No. By law, compensatory time off may be approved instead of overtime pay for irregular or occasional (unscheduled) overtime hours of work. See 5 U.S.C. 5543(a). If an employee is scheduled in advance of his or h administrative workweek to attend an extended training course, such training would not be irregular or occasic (unscheduled) overtime hours. Therefore, the employee may not receive compensatory time off instead of over pay for the extended training hours. Please see OPM's fact sheet on compensatory time off for further guidance (http://www.opm.gov/oca/pay/HTML/COMP.HTM).

(Note: Employees on flexible work schedules may earn compensatory time off for regularly scheduled overtime as provided in 5 U.S.C. 6123(a)(1) and 5 CFR 550.114(b) and 551.531(b). However, employees usually are not o flexible work schedules during periods of training.)

MOR 168

MOR 169