# EXHIBIT 19

# U.S. Customs *and* Border Protection

*Securing America's Borders* CBP.gov

Thursday, February 7, 2008

SEARCH GO

Home | About CBP | Contacts | Ports | Questions | Forms | Publications | Legal | Contracting | Sitemap

**Newsroom** **Border Security** **Import** **Export** **Travel** **Careers**

- **Alerts**
- **Quicklinks**
- **Questions**
- **Forms**
- **En Español**

*CBP secures America's borders through three major law enforcement entities:*

- **Field Operations**
- **Border Patrol**
- **Air & Marine**




***Border Patrol – Apply Now!***

**CBP NEWS:** Border Works Fine with Tougher Rule - (02/01/2008 - San Antonio Express News)






**Country Music Artist Sets Travel Document Message to Song**
01/30/2008



**New Agriculture Partnership Established to Improve Information Sharing**




**Budget Request for CBP Totals Just Under $11 Billion** - Increase of 18 Percent Seeks Improved Border

Take command of your career! Protect America - Go with Border Patrol

02/05/2008

Security
02/05/2008

**subscribe today:** RSS




***Ready, Set... Go!***
Are you a U.S. Citizen planning a trip that will take you outside the United States? Travel document requirements are changing!
Find out what documents are required and how to get them.

How can we improve your CBP.gov experience? Let us know! User Survey

**How to Use the Website**

**Featured RSS Links**

**What's New | Contacts | Questions | Forms | Legal | Sitemap**

**EEO | FOIA | Privacy Statement | Get Plugins | En Español**

**Department of Homeland Security**

**USA.gov**

1300 Pennsylvania Avenue, NW Washington, D.C. 20229 | General Inquiries (703) 526-4200 | Media Only (202) 344-1770