# EXHIBIT 20

RECEIVED APR 2 4 2006

# In the United States Court of Federal Claims

**No. 05-14210C**
**(Consolidated)**
**(Filed: April 19, 2006)**

* * * * * * * * * * * * * * * * *

**THOMAS C. PORTA, et al.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Following the status conference on April 17, 2006, the court **ORDERS** the following:

(1) The case of Andrew D. Barth, et al. v. United States, Case 05-759C shall be consolidated with case 05-14210C because both involve directly related issues. Case 05-14210C shall be the lead case. All filings shall be filed in case 05-14210C.

(2) The plaintiffs' attorneys shall notify the court who will be the lead counsel for the plaintiffs in the consolidated case by **May 16, 2006.**

(3) The case is stayed until May 16, 2006 so that the parties can continue to discuss settlement. The parties shall file a Joint Status Report on May 16, 2006.

(4) The government shall issue notice to the potential plaintiffs who have been identified by the government. The parties shall submit a proposed notice to the

court on or before **April 24, 2006**. The government shall send out the notice within one week of the court's approval of the proposed notice.

(5) The Clerk of the Court is directed to send a courtesy copy of this order to counsel of record for each party in Andrew D. Barth et al. v. United States, No. 05-759C at the following addresses:

**Counsel for Plaintiff**:
Michael Phillip Baranic
Gattey Baranic, LLP
2445 Fifth Avenue, Suite 350
San Diego, CA 92101-1677

**Counsel for Defendant**:
Richard Paul Schroeder
US Department of Justice
Civil Division, Commercial Lit.
1100 L Street, NW, 8th Floor
Washington, DC 20530

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge