# EXHIBIT 21

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THOMAS C. PORTA, et al., | |
| and | |
| ANDREW D. BARTH, et al., | No. 05-14210C & No. 05-759C |
| Plaintiffs, | CONSOLIDATED |
| v. | (Judge Firestone) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S NOTICE OF COMPLIANCE

Defendant provides this notice of compliance with the Court's order dated May 24, 2006, and the Court's instructions during the status conference held on May 23, 2006. On or before May 30, 2006, in compliance with the Court's orders and instructions, the attached notice was sent by postal mail to the "designated group of potential plaintiffs" at each recipient's last known mailing address.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

May 31, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 31th day of May 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF COMPLIANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease