# EXHIBIT 25

(RC Print)

BUREAU OF CUSTOMS AND BORDER PROTECTION 85635 - 1149

FORM AD-334 USDA (REV. 10/97)

| SOCIAL SECURITY NO | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | 7/23/2006 | 8/5/2006 | 15 | CU-04-0530-91-90 | 0010 | CU-95-01-5170 | 2885 | GS | 11 | 01 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 51,972.00 | PA | F/T | 9/23/2001 | 1,762.66 |

## STATEMENT OF EARNINGS AND LEAVE

EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|
| 01 | REGULAR TIME | | 80.00 | 1133.50 | | 1942.00 | 28131.89 |
| 02 | LIQ DAMAGES/INT BACKPAY | | | | | | 924.35 |
| 04 | SUNDAY DIFFERENTIAL | | | 90.00 | | | 559.34 |
| 05 | SUN DIFF W/NIGHT DIFF | | | 102.00 | | | 883.68 |
| 11 12 | NIGHT DIFFERENTIAL | | 38.00 | 559.50 | | 94.70 | 1388.94 |
| 17 12 | FLSA OTHER TRAVEL | | 10.00 | 210.00 | | | |
| 21 | OVERTIME - PREMIUM RATE | | 2.00 | 2.00 | | 70.26 | 70.26 |
| 25 | OT OVER 40 W/NIGHT DIFF | | 8.00 | 8.00 | | 280.96 | 280.96 |
| 31 | HOLIDAY WORKED | | | 48.00 | | | 184.32 |
| 34 | FLSA | | 24.50 | 216.50 | | 655.00 | 3229.06 |
| 41 | STANDBY-AUO-AVAIL | | 10.00 | 290.00 | | 498.40 | 8445.60 |
| 44 05 | COMP. DAMAGES (TAXABLE) | | | | | | 3243.55 |
| 61 | ANNUAL LEAVE | | | 120.00 | | | 2860.00 |
| 62 | SICK LEAVE | | | 58.50 | | | 1461.21 |
| 66 | OTHER LEAVE | | | 48.00 | | | 1184.32 |
| | *** PAY PERIOD HOURS & GROSS PAY *** | | 172.50 | | | 3491.42 | 53363.25 |
| 75 03 | RETIREMENT | | | | | [illegible] | [illegible] |
| 75 15 | TSP-FERS | | | | | 32.38 | 548.68 |
| 76 | SOCIAL SECURITY (OASDI) | | | | | 49.81 | 770.88 |
| 77 | FEDERAL TAX EXEMPTS M02 | | | | | 210.64 | 3008.73 |
| | EXTRA FEDERAL TAX | | | | | 338.58 | 6033.82 |
| 78 | ST TAX AZ EXEMPTS 230 | | | | | 45.00 | 540.00 |
| 81 | FEGLI COVERAGE - $87,000 | | | | | 100.41 | 1266.13 |
| 82 | OPT FEGLI AGE BRACKET 2 | | | | | 10.05 | 170.55 |
| 83 | FEHBA - ENROLL CODE WQ2 | | | | | 13.40 | 227.40 |
| 97 | MEDICARE TAX WITHHELD | | | | | 95.44 | 1607.64 |
| 99 27 | CHILD SUPPORT/ALIMONY | | | | | 49.24 | 745.75 |
| | | | | | | [illegible] | 922.50 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | | | 1042.83 | 16021.88 |
| ** ** | ************** NET PAY ************** | | | | | 2448.59 | 37341.37 |
| ** ** | DD/EFT ROUTING NO. 122100024 | | | | | | |

BOND ACCOUNT

| AUTH NO | DENOM-INATION | DEDUC-TION | BALANCE AVAIL | NO ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 90.00 | 120.00 | 99.00 | | | 240.00 |
| SICK | 60.00 | 50.50 | 90.00 | | | LEAVE CAT 6 |
| COMP | | | | | | |

REMARKS

NAME AND ADDRESS

Official Pay Date 8/17/2006

THOMAS PORTA
516 RAYMOND DRIVE
SIERRA VISTA, AZ 85635-1149

Confidential-Subject to Protective Order
MOR-3685

U. S. Department of Justice

Civil Division

KAB:MEwusi-Mensah
DJ No: 154-05-142, 154-05-14210

Tel: (202) 353-0503
Fax: (202) 514-8624

Washington, D.C. 20530

July 18, 2007

RECEIVED
JUL 19 2007

**VIA FEDERAL EXPRESS**

Michael J.D. Sweeney, Esq.
Law Offices of Dan Getman
9 Paradies Lane
New Paltz, NY 12561

Re: Discovery in Moreno v. United States, No. 05-142C (Fed. Cl.) and Porta v. United States, No. 05-14210C (Fed. Cl. )

Dear Mr. Sweeney:

I write regarding the production of documents responsive to the discovery requests set forth in the Court's order of May 3, 2007. In that order, the Court ordered the Government to produce the following categories of documents, or, if the documents were not found, explain the efforts taken to obtain them:

1. Emails between members of the INS compensation policy staff who were involved with the FLETC issue regarding payment of overtime for the 6th day of training at the FLETC (limited to January 2002 through September 2003).

2. Emails in Wayne Coleman's email account regarding payment of overtime for the 6th day of training at the FLETC (limited to January 2002 through September 2003).

3. The reimbursement agreement between ICE and USDA National Finance Center providing for the payment of overtime for the 6th day of training at the FLETC.

4. Emails between ICE compensation staff and FLETC attendees (INS) regarding payment of overtime for the 6th day of training at the FLETC (limited to March 2003 through December 2004).

5. Notice provided to FLETC attendees (INS) when they were paid back overtime wages (limited to March 2003 through December 2004).

6. The training module for the INS supervisors course (in Dallas) on overtime and premium pay (limited to January 2000 through September 2003).

7. OPM staff notes on the application of the FLSA to regularly scheduled overtime hours.

8. Reference materials in OPM's subject matter files regarding 5 C.F.R. §§ 551.423, 551.421, and 610.111.

Regarding the emails set forth in Requests Nos. 1, 2, and 4, ICE no longer has backup tapes of emails from the 2003-2004 period. According to ICE, these backup tapes were reused in 2004 in order to provide space for disaster recovery back up purposes.

Regarding the reimbursement agreement (Request No. 3), we have not been able to locate this document, despite a diligent search in the ICE Office of Financial Management and the ICE Payroll Department.

Regarding the backpay notice provided (Request No. 5), we have not been able to locate these documents in the records of ICE. Please see attached, however, a copy of the payroll records for Thomas Porta setting forth the notice provided. This document is Bates-labeled MOR-3685 through MOR-3689.

Regarding the training module (Request No. 6), it appears that no such document exists. We have been informed by the Deputy Director of the Leadership Development Center for ICE ("LDC"), located in Dallas, Texas, that she is not aware of any training module on overtime and premium pay being offered at the LDC during her tenure at the LDC, which began in the early 1990s.

Regarding the OPM Staff Notes (Request No. 7), please see enclosed the document Bates-labeled MOR-3690. It appears this document was prepared by Dwight Brown.

Regarding the Reference Materials (Request No. 8), please see enclosed additional documents found in OPM's files regarding the regulations at issue. These documents have been Bates-labeled MOR-3691 through MOR-3708.

Finally, please find enclosed declarations from the Department of the Interior, the Department of State, the United Stated Department of Agriculture, and the Department of Housing and Urban Development ("HUD") regarding the FLETC pay policies of the National Park Service, the Bureau of Land Management, the Park Police, the Bureau of Diplomatic Service, the Forest Service, and HUD Office of the Inspector General, respectively. These documents have been Bates-labeled MOR-3709 through MOR-3717. These declarations are

being produced to you pursuant to your agreement with Jeffrey Pease not to seek any further discovery from these agencies on this issue.

All of the aforementioned Bates-labeled documents are being produced in both Moreno and Porta. These documents are confidential and are being produced subject to the protective orders executed by the parties.

Thank you very much for your consideration.

Very truly yours,

MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division

Enclosures