# EXHIBIT 26

| Name | Opt-In Date | Training Start Date | Training End Date |
|---|---|---|---|
| Alvarez, Manuel A | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Alvarrado, Jose E | 6/16/2006 | 7/17/2003 | 11/1/2003 |
| Baker-Jepsen, Karen L | 8/11/2006 | 1/8/2004 | 4/24/2004 |
| Barron, Patricia | 8/11/2006 | 7/17/2003 | 8/29/2003 |
| Barth, Andy D | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Bianchi, Josh A | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Burruel, Raul J | 6/16/2006 | 7/17/2003 | 11/1/2003 |
| Caballero, Richard F | 6/16/2006 | 2/5/2004 | 4/19/2004 |
| Castillo, Jose A | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Chang, Brian J | 7/18/2005 | 10/9/2003 | 2/4/2004 |
| Colson, John E. Jr | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Daniel, Richard B | 7/7/2006 | 7/17/2003 | 7/24/2003 |
| De La Riva, Fernando | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Dehler, Lance D | 6/22/2006 | 1/8/2004 | 4/24/2004 |
| Del Cueto, Arturo S | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Delgadillo, Juan G | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Delgado, Alfredo | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Deveraux, Ruben J | 6/22/2006 | 10/9/2003 | 2/4/2004 |
| Dickey, Travis J | 6/9/2006 | 1/8/2004 | 4/13/2004 |
| Dugos, James P | 7/18/2005 | 10/9/2003 | 2/4/2004 |
| Estrada, Samuel E | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Fernandez, Jorge L | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Fuhrmann, Christopher M | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Gay, William A Jr | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Gibbons, Dana M | 6/16/2006 | 10/9/2003 | 1/2/2004 |
| Gonzalez, James R | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Gonzalez, Rigo A | 6/30/2006 | 10/9/2003 | 11/15/2003 |
| Gotshaw, James J | 9/6/2005 | 2/5/2004 | 5/21/2004 |
| Griffith, William J | 7/20/2007 | 2/5/2004 | 5/21/2004 |
| Grupe, Matthew J | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Hallalt, Christopher A | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Hamilton, Gary W | 6/16/2006 | 2/5/2004 | 5/21/2004 |
| Hartman, John T | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Heitz, Christopher G | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Hynes, Richard G. Jr | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Jauregui, Julio C. Jr | 8/11/2006 | 2/5/2004 | 5/21/2004 |
| Johnson, Todd W | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Kite, Jeremy | 7/18/2005 | 10/9/2003 | 2/4/2004 |
| Knowles, Paul G | 6/9/2006 | 2/5/2004 | 3/17/2004 |
| Kushner, Matthew H | 7/28/2006 | 10/9/2003 | 2/4/2004 |
| Laney, William P | 9/6/2005 | 7/17/2003 | 11/1/2003 |

| | | | |
|---|---|---|---|
| Lembke, Jennifer | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Little, Peter C | 6/16/2006 | 10/9/2003 | 2/4/2004 |
| Lozano, Noe S | 6/16/2006 | 10/9/2003 | 2/4/2004 |
| Maples, Jason R | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Marquez, Rudy Jr | 6/30/2006 | 2/5/2004 | 2/20/2004 |
| Martinez, Viktor A | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Martos, Carlos R | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| McCue, Michael T. Jr | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Mejia, Ramiro Jr. | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Menchaca, Javier | 6/6/2006 | 7/17/2003 | 11/1/2003 |
| Meranza, Maribel R | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Middleton, Tracy K | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Miller, William L. V | 6/22/2006 | 2/5/2004 | 5/21/2004 |
| Miranda, Roberto | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Montelongo, Alberto | 9/12/2006 | 10/9/2003 | 2/4/2004 |
| Nevares, Mayra | 7/14/2006 | 1/8/2004 | 3/24/2004 |
| Nimmo, Michael R | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Nuno, Enrique R | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Olivarez, Julian A | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Padilla, Jesus S | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Pargas, Rosa I | 9/8/2006 | 1/8/2004 | 3/16/2004 |
| Parmelee, Jason M | 6/30/2006 | 1/8/2004 | 4/24/2004 |
| Parra, Blanca A | 9/12/2006 | 10/9/2003 | 2/4/2004 |
| Peru, Oscar O | 6/9/2006 | 7/17/2003 | 11/1/2003 |
| Porta, Thomas C | 3/11/2005 | 2/5/2004 | 5/21/2004 |
| Potter, Stephen B | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Purkett, Anthony T | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Radatz, Russell D . III | 7/28/2006 | 10/9/2003 | 1/6/2004 |
| Ramirez, Alejandro | 6/22/2006 | 10/9/2003 | 2/4/2004 |
| Reed, Brian S | 7/18/2005 | 7/17/2003 | 11/1/2003 |
| Robinson, Brian K | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Rochin, Carlos I | 6/16/2006 | 1/8/2004 | 4/24/2004 |
| Rodriguez, Adalberto | 6/16/2006 | 10/9/2003 | 2/4/2004 |
| Rodriguez, Nabor N | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Romero, Daniel | 7/28/2006 | 10/9/2003 | 2/4/2004 |
| Sandez, Daniel | 9/6/2005 | 1/8/2004 | 4/24/2004 |
| Sarraillon, Eric M | 6/9/2006 | 7/17/2003 | 11/1/2003 |
| Schroeder, Brent Z | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Seigla, Alexander J | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Siddiqui, Guadalupe R | 6/22/2006 | 2/5/2004 | 5/12/2004 |
| Sotelo, Alejandro | 7/18/2005 | 1/8/2004 | 4/24/2004 |
| Stoltz, Edward M | 9/12/2006 | 1/8/2004 | 3/19/2004 |
| Stover, Beau J | 9/6/2005 | 7/17/2003 | 11/1/2003 |
| Taylor, Charles E | 6/22/2006 | 1/8/2004 | 4/24/2004 |

| | | | |
|---|---|---|---|
| Tucciarone, Timothy J | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Turko, Joseph B | 4/25/2007 | 2/5/2004 | 5/21/2004 |
| Velarde, Ramon Jr. | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Vicario, Christopher R | 7/28/2006 | 2/5/2004 | 3/10/2004 |
| Vidrio, Octavio C | 9/6/2005 | 2/5/2004 | 5/21/2004 |
| Wachob, Grant M | 7/18/2005 | 2/5/2004 | 5/21/2004 |
| Wadley, Alice L | 8/30/2006 | 2/5/2004 | 5/13/2004 |
| Williams, Sterling J | 6/16/2006 | 7/17/2003 | 10/14/2003 |
| Williams, Victor A | 6/9/2006 | 7/17/2003 | 10/20/2003 |
| Yackel, Jarrod W | 7/7/2006 | 2/5/2004 | 4/8/2004 |