# EXHIBIT 27

**Backpay Amounts - If years crossed (Some of Class 565), weighted average pay rate used and identified**
**Based on Government Data**

| Name | Grade / Step | Pay Rate | Class | Start Date | End Date | Number of Saturday Classes | Average Hourly Wage | Back Wages Owed |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Manuel A | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Alvarrado, Jose E | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Baker-Jepsen, Karen L | 07/01 | $37,481 | 574 | 1/8/2004 | 4/24/2004 | 16 | $17.96 | $3,448.32 |
| Barron, Patricia | 05/01 | $31,690 | 557 | 7/17/2003 | 8/29/2003 | 7 | $15.18 | $1,275.12 |
| Barth, Andy D | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Bianchi, Josh A | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Burruel, Raul J | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Caballero, Richard F | 05/01 | $32,933 | 578 | 2/5/2004 | 4/19/2004 | 11 | $15.78 | $2,082.96 |
| Castillo, Jose A | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Chang, Brian J | 05/01 | $31,690 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.18 | $2,732.40 |
| Colson, John E. Jr | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Daniel, Richard B | 05/01 | $31,690 | 557 | 7/17/2003 | 7/24/2003 | 1 | $15.18 | $182.16 |
| De La Riva, Fernando | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Dehler, Lance D | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Del Cueto, Arturo S | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Delgadillo, Juan G | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Delgado, Alfredo | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Deveraux, Ruben J | 05/01 | $31,690 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Dickey, Travis J | 05/01 | $32,933 | 574 | 1/8/2004 | 4/13/2004 | 14 | $15.78 | $2,651.04 |
| Dugos, James P | 05/01 | $31,690 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Estrada, Samuel E | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Fernandez, Jorge L | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Fuhrmann, Christopher M | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Gay, William A Jr | 07/01 | $37,481 | 574 | 1/8/2004 | 4/24/2004 | 16 | $17.96 | $3,448.32 |
| Gibbons, Dana M | 05/01 | $34,029 | 565 | 10/9/2003 | 1/2/2004 | 10 | $16.30 | $1,956.00 |
| Gonzalez, James R | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Gonzalez, Rigo A | 05/01 | $31,690 | 565 | 10/9/2003 | 11/15/2003 | 6 | $15.18 | $1,092.96 |
| Gotshaw, James J | 05/03 | $36,360 | 578 | 2/5/2004 | 5/21/2004 | 15 | $16.63 | $2,993.40 |
| Griffith, William J | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grupe, Matthew J | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Hallalt, Christopher A | 07/01 | $37,481 | 578 | 2/5/2004 | 5/21/2004 | 15 | $17.96 | $3,232.80 |
| Hamilton, Gary W | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Hartman, John T | 07/01 | $37,481 | 578 | 2/5/2004 | 5/21/2004 | 15 | $17.96 | $3,232.80 |
| Heitz, Christopher G | 07/01 | $37,481 | 578 | 2/5/2004 | 5/21/2004 | 15 | $17.96 | $3,232.80 |
| Hynes, Richard G. Jr | 07/01 | $37,481 | 574 | 1/8/2004 | 4/24/2004 | 16 | $17.96 | $3,448.32 |
| Jauregui, Julio C. Jr | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Johnson, Todd W | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Kite, Jeremy | 05/01 | $31,690 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Knowles, Paul G | 05/01 | $32,933 | 578 | 2/5/2004 | 3/17/2004 | 6 | $15.78 | $1,136.16 |
| Kushner, Matthew H | 07/01 | $37,481 | 565 | 10/9/2003 | 2/4/2004 | 15 | $17.47 | $3,144.60 |
| Laney, William P | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Lembke, Jennifer | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Little, Peter C | 05/01 | $32,933 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Lozano, Noe S | 05/01 | $32,933 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Maples, Jason R | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Marquez, Rudy Jr | 05/01 | $32,933 | 578 | 2/5/2004 | 2/20/2004 | 2 | $15.78 | $378.72 |
| Martinez, Viktor A | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Martos, Carlos R | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| McCue, Michael T. Jr | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Mejia, Ramiro Jr. | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Menchaca, Javier | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Meranza, Maribel R | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Middleton, Tracy K | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Miller, William L. V | 07/04 | $40,788 | 578 | 2/5/2004 | 5/21/2004 | 15 | $19.54 | $3,517.20 |
| Miranda, Roberto | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Montelongo, Alberto | 05/01 | $32,933 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Nevares, Mayra | 05/01 | $32,933 | 574 | 1/8/2004 | 3/24/2004 | 11 | $15.78 | $2,082.96 |
| Nimmo, Michael R | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Nuno, Enrique R | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Olivarez, Julian A | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Padilla, Jesus S | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Pargas, Rosa I | 05/01 | $32,933 | 574 | 1/8/2004 | 3/16/2004 | 10 | $15.78 | $1,893.60 |
| Parmelee, Jason M | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Parra, Blanca A | 07/01 | $37,481 | 565 | 10/9/2003 | 2/4/2004 | 15 | $17.47 | $3,144.60 |
| Peru, Oscar O | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Porta, Thomas C | 07/01 | $37,481 | 578 | 2/5/2004 | 5/21/2004 | 15 | $17.96 | $3,232.80 |
| Potter, Stephen B | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Purkett, Anthony T | 05/01 | $34,495 | 578 | 2/5/2004 | 5/21/2004 | 15 | $16.53 | $2,975.40 |
| Radatz, Russell D . III | 05/01 | $31,690 | 565 | 10/9/2003 | 1/6/2004 | 11 | $15.18 | $2,003.76 |
| Ramirez, Alejandro | 05/01 | $32,933 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Reed, Brian S | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Robinson, Brian K | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Rochin, Carlos I | 07/01 | $37,481 | 574 | 1/8/2004 | 4/24/2004 | 16 | $17.96 | $3,448.32 |
| Rodriguez, Adalberto | 07/01 | $37,481 | 565 | 10/9/2003 | 2/4/2004 | 15 | $17.47 | $3,144.60 |
| Rodriguez, Nabor N | 05/06 | $35,971 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.24 | $3,310.08 |
| Romero, Daniel | 05/01 | $32,933 | 565 | 10/9/2003 | 2/4/2004 | 15 | $15.34 | $2,761.20 |
| Sandez, Daniel | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Sarraillon, Eric M | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Schroeder, Brent Z | 07/02 | $40,413 | 578 | 2/5/2004 | 5/21/2004 | 15 | $18.49 | $3,328.20 |
| Seigla, Alexander J | 07/01 | $36,075 | 557 | 7/17/2003 | 11/1/2003 | 16 | $17.29 | $3,319.68 |
| Siddiqui, Guadalupe R | 05/01 | $32,933 | 578 | 2/5/2004 | 5/12/2004 | 14 | $15.78 | $2,651.04 |
| Sotelo, Alejandro | 05/01 | $32,933 | 574 | 1/8/2004 | 4/24/2004 | 16 | $15.78 | $3,029.76 |
| Stoltz, Edward M | 05/01 | $32,933 | 574 | 1/8/2004 | 3/19/2004 | 10 | $15.78 | $1,893.60 |
| Stover, Beau J | 05/01 | $31,690 | 557 | 7/17/2003 | 11/1/2003 | 16 | $15.18 | $2,914.56 |
| Taylor, Charles E | 07/01 | $37,481 | 574 | 1/8/2004 | 4/24/2004 | 16 | $17.96 | $3,448.32 |
| Tucciarone, Timothy J | 05/10 | $42,890 | 578 | 2/5/2004 | 5/21/2004 | 15 | $19.62 | $3,531.60 |
| Turko, Joseph B | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Velarde, Ramon Jr. | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Vicario, Christopher R | 05/01 | $32,933 | 578 | 2/5/2004 | 3/10/2004 | 5 | $15.78 | $946.80 |
| Vidrio, Octavio C | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Wachob, Grant M | 05/01 | $32,933 | 578 | 2/5/2004 | 5/21/2004 | 15 | $15.78 | $2,840.40 |
| Wadley, Alice L | 05/01 | $32,933 | 578 | 2/5/2004 | 5/13/2004 | 14 | $15.78 | $2,651.04 |
| Williams, Sterling J | 05/01 | $31,690 | 557 | 7/17/2003 | 10/14/2003 | 13 | $15.18 | $2,368.08 |
| Williams, Victor A | 05/01 | $31,690 | 557 | 7/17/2003 | 10/20/2003 | 14 | $15.18 | $2,550.24 |
| Yackel, Jarrod W | 05/01 | $32,933 | 578 | 2/5/2004 | 4/8/2004 | 9 | $15.78 | $1,704.24 |
| **TOTAL** | | | | | | | | **$263,478.72** |