# EXHIBIT 29

**Main Identity**

**From:** "Ewusi-Mensah, Maame (CIV)" <Maame.Ewusi-Mensah@usdoj.gov>
**To:** "Michael Sweeney" <MSweeney@getmanlaw.com>
**Sent:** Thursday, October 04, 2007 1:13 PM
**Subject:** RE: Porta/Barth v. US

Dear Mr. Sweeney -

Thank you very much for this additional information. Please call me to discuss at your earliest convenience. (I called your telephone number and was only able to reach a recorded message asking me to leave a voicemail.)

Very truly yours,
Maame Ewusi-Mensah

**Maame A.F. Ewusi-Mensah**
Trial Attorney
Civil Division
Commercial Litigation Branch
United States Department of Justice
1100 L Street NW, Room 12000
Washington, DC 20530
*(Zip Code for Overnight Deliveries: 20005)*
Direct Dial: 202.353.0503
Telefacsimile: 202.514.8624
Maame.Ewusi-Mensah@usdoj.gov

---

**From:** Michael Sweeney [mailto:MSweeney@getmanlaw.com]
**Sent:** Wednesday, October 03, 2007 12:07 PM
**To:** Ewusi-Mensah, Maame (CIV)
**Subject:** Porta/Barth v. US

Maame,

In follow up to our discussion yesterday, Plaintiffs Turko and Griffith are the two Plaintiffs that did not receive any payment for the 6th day of training at the FLETC. They did not receive notice of the action from Defendant and joined the action shortly after hearing about it from former classmates. As they should have, but did not receive notice, it seems only fair that they be let into the case and recover liquidated damages on a par with the rest of the class.

You also asked about Patricia Barron. I show that she filed her consent to sue on August 11, 2006. The session roster that Defendant produced (Bates # 1057-1062) doesn't indicate which class she was in. Would you provide me with evidence of her class number?

Thank you.

- Mike Sweeney

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649