**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS C. PORTA, et al.,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ANDREW D. BARTH, et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 05-1420C & No. 05-759C** |
| | ) | **CONSOLIDATED** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Certificate of Service**

I hereby certify that on February 8, 2008, I electronically filed Plaintiffs' Motion For Summary Judgment on the Issuesof Liability and Damages and its supporting documents with the Clerk of the District Court of Federal Claims using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Maame A.F. Ewuis-Mensah @ Maame.Ewusi-Mensah@usgoj.gov

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

Dated: New Paltz, New York
February 8, 2008

Respectfully submitted,

/s/ Michael J.D. Sweeney

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649