IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C |
| | ) | & No. 05-759C |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant jointly request that the Court stay proceedings in this matter. Currently, the Defendant's opposition to the Plaintiffs' summary judgment brief and the Defendant's own cross-motion for summary judgment are due on March 10, 2007. Plaintiffs have submitted an offer to settle their claims which has been accepted on behalf of the Attorney General, and the parties have executed a settlement agreement accordingly. Therefore, the Parties respectfully request that the Court stay proceedings in this case until the terms of the settlement agreement are fulfilled. Upon fulfillment of the terms of the settlement agreement, the parties will file a joint stipulation for entry of dismissal with prejudice in this action.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

Attorneys for Defendant

March 10, 2008

CERTIFICATE OF FILING

I hereby certify that on this 10th day of March 2008, a copy of the foregoing "JOINT MOTION TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah