# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: March 11, 2008)**

* * * * * * * * * * * * * * * * *
*
**THOMAS C. PORTA, et al.,** *
*
**and** *
*
**ANDREW D. BARTH, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint motion to stay proceedings, filed by defendant on March 10, 2008, in which the parties indicated that they have executed a settlement agreement and requested that the Court stay proceedings in the case until the terms of the settlement agreement are fulfilled. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** until **May 12, 2008**, on or before which date either (1) the parties shall file a joint stipulation of dismissal, or (2) the parties shall submit a joint status report outlining their progress toward fulfilling the terms of the settlement agreement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge