IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW D. BARTH, et al., | ) | No. 05-14210C |
| | ) | & No. 05-759C |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT ON SETTLEMENT

Pursuant to the Court's order of March 11, 2008, the plaintiffs and the United States jointly submit this status report outlining their progress toward fulfilling the terms of the settlement agreement.

The United States submitted to the Judgment Fund on March 14, 2008 the required paperwork for processing of the payment of damages and the payments of attorneys fees, costs and expenses in this matter. Subsequently, the parties determined that one plaintiff had been inadvertently omitted from the settlement agreement, and executed a revised settlement agreement on April 10, 2008. The United States submitted to the Judgment Fund on April 11, 2008 the required paperwork for processing of the payment of damages for this remaining plaintiff.

The parties understand that the Judgment Fund is currently engaged in processing all of the payments, but has not yet completed processing of the payments. As soon as this process is complete, the parties will submit the appropriate documents requesting dismissal of this matter with prejudice.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.

MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

May 12, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT ON SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah