# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: May 13, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **THOMAS C. PORTA, et al.,** | * |
| | * |
| **and** | * |
| | * |
| **ANDREW D. BARTH, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the parties' joint status report, filed May 12, 2008, indicating that they have executed a settlement agreement and that the Judgment Fund is currently processing all of the payments. The parties indicate that they will submit the appropriate documents requesting dismissal of this matter once all of the plaintiffs have received payment. Accordingly, the case remains **STAYED** until **July 11, 2008**, on or before which date either (1) the parties shall file a joint stipulation of dismissal, or (2) the parties shall submit a joint status report.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge