# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: August 1, 2008)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,**

**and**

**ANDREW D. BARTH, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the court's May 13, 2008 order the parties were to have filed a joint status report by July 11, 2008 regarding the status of the settlement. Court records indicate that a joint status report has not been filed. The parties shall have until **Monday, August 11, 2008** to file a joint status report indicating progress made towards finalizing the settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge