IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | No. 05-14210C & No. 05-759C |
| ANDREW D. BARTH, et al., | ) | CONSOLIDATED |
| | ) | (Judge Firestone) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT ON SETTLEMENT**

Pursuant to the Court's August 1, 2008 Order, the plaintiffs and the United States jointly submit this status report outlining their progress toward fulfilling the terms of the settlement agreement.

The United States submitted to the Judgment Fund on March 14, 2008 the required paperwork for processing of the payment of damages and the payments of attorneys fees, costs and expenses in this matter. Subsequently, the parties determined that one plaintiff had been inadvertently omitted from the settlement agreement, and executed a revised settlement agreement on April 10, 2008. The United States submitted to the Judgment Fund on April 11, 2008 the required paperwork for processing of the payment of damages for this remaining plaintiff.

The parties are waiting for the Judgment Fund to process the payment for the remaining plaintiff. All other payments from the Judgment Fund have been made.

The Department of Homeland Security has submitted the required paperwork for processing of the back pay payments set forth in the settlement agreement to the Department of Agriculture, which handles payroll for the Department of Homeland Security.

The Department of Homeland Security is currently processing the requests for refunds representing previously withheld taxes.

As soon as the aforementioned processes are complete, the parties will submit the appropriate documents requesting dismissing of this matter with prejudice.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

Attorneys for Defendant

August 11, 2008

CERTIFICATE OF FILING

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing "JOINT STATUS REPORT ON SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530