# In the United States Court of Federal Claims

**No. 05-14210C & No. 05-759C**
**CONSOLIDATED**
**(Filed: August 13, 2008)**

* * * * * * * * * * * * * * * * *
**THOMAS C. PORTA, et al.,** *

**and** *

**ANDREW D. BARTH, et al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed August 11, 2008, indicating that the parties are awaiting for the Judgment Fund to process the payment for one remaining plaintiff. All other payments from the fund have been made. Accordingly, the case remains **STAYED** until **September 12, 2008**, on or before which date either (1) the parties shall file a joint stipulation of dismissal, or (2) the parties shall submit a joint status report.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge