IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS C. PORTA, et al.,<br><br>and<br><br>ANDREW D. BARTH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-14210C & No. 05-759C<br>CONSOLIDATED<br>(Judge Firestone) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 13, 2008 Order, the plaintiffs and the United States jointly submit this status report outlining their progress toward fulfilling the terms of the settlement agreement.

All payments from the Judgment Fund (for damages, attorneys fees, costs and expenses) have been made.

All payments from the Department of Homeland Security for the back pay payments set forth in the settlement agreement have been made.

All payments from the Department of Homeland Security to current employees for refunds representing previously withheld taxes have been made. The agency has also requested checks for these refunds for those two plaintiffs who are not current employees. These processing of these checks by the Department of Agriculture National Finance Center has been delayed due to the recent hurricane in New Orleans, Louisiana, but is expected to be

completed shortly.

As soon as the defendant has received and forwarded these two checks to counsel for the plaintiffs, the parties will submit the appropriate documents requesting dismissing of this matter with prejudice.

Respectfully submitted,

s/ Michael J.D. Sweeney
MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8640

Attorneys for Defendant

September 12, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2008, a copy of the foregoing “JOINT STATUS REPORT ON SETTLEMENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530